**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1432

DOCTOR B. JONES,

             Plaintiff - Appellant,

      v.

DEPARTMENT OF THE NAVY; DR. DONALD C. WINTER, SECRETARY,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  James C. Fox, Senior
District Judge.  (4:07-cv-00165-F)

Submitted:  September 16, 2008      Decided:  September 18, 2008

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Doctor B. Jones, Appellant Pro Se.  Steve R. Matheny, Rudolf A.
Renfer, Jr., Assistant United States Attorneys, Raleigh, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Doctor B. Jones appeals the district court's order granting the Defendants' motion for summary judgment in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Jones v. Dep't of the Navy</u>, No. 4:07-cv-00165-F (E.D.N.C. March 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>